**2007–2079.  Holzhauser v. State Med. Bd. of Ohio.**
Franklin App. No. 06AP–1031, 2007-Ohio-5003.
  O'Donnell, J., dissents.

**2007–2080.  State v. Thompson.**
Washington App. No. 06CA28, 2007-Ohio-5419.

**2007–2085.  Coniglio v. State Med. Bd. of Ohio.**
Franklin App. No. 07AP–298, 2007-Ohio-5018.

**2007–2088.  Mascarella v. Simon Property Group.**
Mahoning App. Nos. 06 MA 45 and 06 MA 62, 2007-Ohio-5351.

**2007–2090.  State v. Gore.**
Hamilton App. Nos. C–060742 and C–060743.

**2007–2092.  Columbus v. Repine.**
Franklin App. No. 07AP–250, 2007-Ohio-5015.
  Pfeifer, J., dissents.

**2007–2093.  State v. Carroll.**
Lucas App. No. L–07–1012, 2007-Ohio-5314.

**2007–2095.  State v. Werfel.**
Lake App. No. 2006–L–163, 2007-Ohio-5198.

**2007–2097.  State v. Bregen.**
Clermont App. No. CA2007–01–018.

**2007–2104.  State v. Sweeney.**
Lake App. No. 2006–L–252, 2007-Ohio-5223.

**2007–2105.  Omerza v. Bryant & Stratton.**
Lake App. No. 2006–L–092, 2007-Ohio-5215.
  Moyer, C.J., and Lanzinger, J., dissent.

**2007–2107.  Radcliff v. Steen Elec., Inc.**
Summit App. No. 23460, 2007-Ohio-5117. Discretionary appeal and cross-appeal not accepted.
  O'Connor, J., would accept the cross-appeal on Proposition of Law Nos. I and III.

**2007–2108.  State v. Mitchell.**
Lucas App. No. L–07–1092, 2007-Ohio-5316.

**2007–2109.  Krafty v. Firelands Community Hosp.**
Erie App. No. E–07–019, 2007-Ohio-5302.
  O'Donnell and Lanzinger, JJ., dissent.

**2007–2112.  State v. Morris.**
Pickaway App. No. 06CA28, 2007-Ohio-5291.
  Lundberg Stratton, J., dissents and would accept the appeal and hold the cause for the decision in 2007–1415, *State v. Mosmeyer,* Hamilton App. No. C–060747.
  Lanzinger, J., dissents and would accept the appeal on Proposition of Law No. I and hold the cause for the decision in 2007–0052, *State v. Simpkins,* Cuyahoga App. No. 87692, 2006-Ohio-6028.

**2007–2114.  In re T.S.**
Franklin App. No. 06AP–1163, 2007-Ohio-5085.

**2007–2117.  State v. Smith.**
Summit App. No. 23542, 2007-Ohio-5119.
  O'Connor, J., not participating.

**2007–2120.  Adkins v. Atom Blasting & Finishing, Inc.**
Lorain App. No. 07CA009109, 2007-Ohio-5100.